1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JOHN PAUL AVERNA, | Case No. EDCV 11-1364-SJO (OP) |
| Petitioner, | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| GARY SANDOR, Warden, | |
| Respondent. | |

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

18    file, the Report and Recommendation of the United States Magistrate Judge, and

19    Petitioner's Objections thereto. The Court has engaged in a de novo review of those

20    portions of the Report and Recommendation to which Petitioner has objected. The

21    Court accepts the findings and recommendations of the Magistrate Judge,

22    / / /

23    / / /

24    / / /

25
26
27
28

1       IT IS ORDERED  that Judgment be entered:  (1) accepting this Report and

2   Recommendation; and (2) directing that Judgment be entered denying the Petition and

3   dismissing this action with prejudice.

4

5

6   DATED: _____4/19/12_____

7                   HONORABLE S. JAMES OTERO
                United States District Judge

8

9   Prepared by:

10

11

12

HONORABLE OSWALD PARADA
13  United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                      2