O - JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL AVERNA,<br><br>　　　　　Petitioner,<br>　　v.<br><br>GARY SANDOR, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 11-1364-SJO (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 4/19/12

　　　　　　　　　　　　　　　　HONORABLE S. JAMES OTERO
　　　　　　　　　　　　　　　　United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge